```
           UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 13307
   DWAIN J WINFIELD
   LATONYA V WINFIELD                           CHAPTER 13

                                                JUDGE: BRUCE W BLACK

            Debtor
   SSN XXX-XX-7493     SSN XXX-XX-7261


---------------------------------------------------------------------------
                     TRUSTEE'S FINAL REPORT AND ACCOUNT
---------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 05/23/08 and confirmed on 08/15/08.

    2.  The case was converted to Chapter 7 after confirmation, 03/23/2009.

    3.  The Debtor paid a total of $   4518.00 .

    4.  The Trustee made disbursements to creditors as follows:


---------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
---------------------------------------------------------------------------
COUNTRYWIDE FINANCIAL      CURRENT MORTG           .00           .00          .00
COUNTRYWIDE FINANCIAL      MORTGAGE ARRE       3555.09           .00          .00
NATIONAL CITY MORTGAGE     SECURED                 .00           .00          .00
AMERICAN GENERAL FINANCE   SECURED VEHIC      20000.00       1011.47        2240.32
INTERNAL REVENUE SERVICE   PRIORITY            7443.34           .00          .00
INTERNAL REVENUE SERVICE   UNSECURED            408.48           .00          .00
CAPITAL ONE BANK           UNSECURED          NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED          NOT FILED          .00          .00
CAPITAL ONE BANK           UNSECURED          NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          NOT FILED          .00          .00
ECAST SETTLEMENT CORP      UNSECURED          NOT FILED          .00          .00
CHASE BANK USA             UNSECURED          NOT FILED          .00          .00
ECAST SETTLEMENT CORPORA   UNSECURED          NOT FILED          .00          .00
HSBC                       UNSECURED          NOT FILED          .00          .00
HSBC                       UNSECURED          NOT FILED          .00          .00
HOME DEPOT CREDIT SERVIC   UNSECURED          NOT FILED          .00          .00
HOME DEPOT CREDIT SERVIC   UNSECURED          NOT FILED          .00          .00
HSBC                       UNSECURED          NOT FILED          .00          .00
MITCHELL N KAY             UNSECURED          NOT FILED          .00          .00
LOWES                      UNSECURED          NOT FILED          .00          .00
---------------------------------------------------------------------------
CREDITOR NAME              CLASS              CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                                PAID         PAID
---------------------------------------------------------------------------
NCO FINANCIAL SYSTEMS      UNSECURED          NOT FILED          .00          .00
SAMS CLUB                  UNSECURED          NOT FILED          .00          .00
PHARIA LLC                 UNSECURED          NOT FILED          .00          .00
TRANSWORLD SYSTEMS INC     UNSECURED          NOT FILED          .00          .00
UNIV GUARD                 UNSECURED          NOT FILED          .00          .00
WELLS FARGO FINANCIAL      UNSECURED          NOT FILED          .00          .00
WELLS FARGO FINANCIAL      UNSECURED          NOT FILED          .00          .00
```

```
WOMENS WORKOUT WORLD        UNSECURED       NOT FILED              .00           .00
AMERICAN GENERAL FINANCE    UNSECURED         2965.76              .00           .00
        Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED       OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  23555.09     7443.34      3374.24         .00     34372.67
PRINCIPAL PAID       2240.32         .00          .00         .00      2240.32
INTEREST PAID        1011.47         .00          .00         .00      1011.47
TOTAL PAID           3251.79         .00          .00         .00      3251.79
```

The Debtor's attorney, SCHOTTLER & ASSOC           , was allowed $    3500.00
and was paid $    500.00  direct and $   1018.17  through the plan.

The Trustee received $     248.04 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 03/31/09                /S/
                                 GLENN STEARNS
                                 CHAPTER 13 TRUSTEE